
Financial Disclosure Incomplete

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 05/15/2000 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Trustee For Justin Michael Reagan Under the Illinois UGMA | A | Interest | K | T | Exempt | | | | |
| 2 -Capital World Growth & Income Fund Mutual Fund | | | | | | | | | |
| 3 -New Economy Fund SBI Mutual Fund | | | | | | | | | |
| 4 -Thornburg Investment Trust Value Fund CL A Mutual Fund | | | | | | | | | |
| 5 Trustee for Michael Jarod Reagan under the Illinois UGMA. | A | Interest | K | T | Exempt | | | | |
| 6 -Capital Income Builder Fund SH Ben Int Mutual Fund | | | | | | | | | |
| 7 -New Economy Fund SBI Mutual Fund | | | | | | | | | |
| 8 -Thornburg Investment Trust Value Fund CL A Mutual Fund | | | | | | | | | |
| 9 Trustee for Bradley Edgar Reagan under the Illinois UGMA. | A | Interest | K | T | Exempt | | | | |
| 10 -Fundamental Investors Inc. Mutual Fund | | | | | | | | | |
| 11 -New Economy Fund SBI Mutual Fund | | | | | | | | | |
| 12 -Thornburg Investment Trust Value Fund CL A | | | | | | | | | |
| 13 Trustee for Jonathan Patrick Reagan under the Illinois UGMA. | A | Interest | K | T | Exempt | | | | |
| 14 -Fundamental Investors Inc. Mutual Fund | | | | | | | | | |
| 15 -New Economy Fund SBI Mutual Fund | | | | | | | | | |
| 16 -Thornburg Investment Trust Value Fund CL A | | | | | | | | | |
| 17 IRA- Elaine Catherine Reagan-Janus Mutual Fund | E | Dividend | L | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 IRA-Michael Joseph Reagan-A.G. Edwards & Sons. | E | Dividend | N | T | Exempt | | | | |
| 19 -Anheuser-Bush Co. Stock | | | | | | | | | |
| 20 -Caterpiller Inc. Stock | | | | | | | | | |
| 21 -Fluor Co. Stock | | | | | | | | | |
| 22 -Hewlitt-Packard Co. Stock | | | | | | | | | |
| 23 -Earthgrains Co. Stock | | | | | | | | | |
| 24 -Lucent Technologies Inc. Stock | | | | | | | | | |
| 25 -Mckesson HBOC Inc. Stock | | | | | | | | | |
| 26 -J.P. Morgan & Co. Stock | | | | | | | | | |
| 27 -NCR Co. New Stock | | | | | | | | | |
| 28 -Potash Corporation of Saskatchewan | | | | | | | | | |
| 29 -Sysco Co. Stock | | | | | | | | | |
| 30 -United Technologies Co. Stock | | | | | | | | | |
| 31 -William Wrigley Jr. Co. Stock | | | | | | | | | |
| 32 -AMCAP Mutual Fund | | | | | | | | | |
| 33 -Euro-Pacific Growth Fund SBI Mutual Fund | | | | | | | | | |
| 34 -Income Fund of North America Mutual Fund | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code (A-H) | (2) Type (e.g, dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 -Washington Mutual Investors Fund Mutual Fund | | | | | | | | | |
| 36 -Trimble Navigation Ltd. Stock | | | | | | | | | |
| 37 SEP-IRA Michael Joseph Reagan A.G. Edwards & Sons, Inc | B | Dividend | L | T | Exempt | | | | |
| 38 -Johnson & Johnson Stock | | | | | | | | | |
| 39 -AT&T Co. Stock | | | | | | | | | |
| 40 -Anheuser-Busch Co. Stock | | | | | | | | | |
| 41 Joint account-A.G. Edwards & Sons, Inc. | E | Interest | M | T | Exempt | | | | |
| 42 -Symantec Co. Stock | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Comment A:  I will resign these positions prior to taking the oath of office of U.S. District Judge.

Comment B:  This position will automatically terminate on June 2, 2000.

Comment C:  Prior to taking the oath of office, I intend to refer my contingent fee cases to competent counsel and negotiate a referral fee and arrange for reimbursement of costs expended.  Additionally, I intend to sell my office building and furnishings. These agreements will be included in a subsequent Financial Disclosure Report.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Reagan, Michael J. | 05/15/2000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Comment A:  I will resign these positions prior to taking the oath of office of U.S. District Judge.

Comment B:  This position will automatically terminate on June 2, 2000.

Comment C:  Prior to taking the oath of office, I intend to refer my contingent fee cases to competent counsel and negotiate a referral fee and arrange for reimbursement of costs expended.  Additionally, I intend to sell my office building and furnishings. These agreements will be included in a subsequent Financial Disclosure Report.

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
| --- | --- | --- |
| 4 | Trustee | For Bradley Edgar Reagan under the Illinois Uniform Gift to Minors Act |
| 5 | Trustee | For Justin Michael Reagan under the Illinois Uniform Gift to Minors Act. |
| 6 | Trustee | For Jonathan Patrick Reagan under the Illinois Uniform Gift to Minors Act. |
| 7 | Honorary Deputy Sheriff (See Section VIII., comment A) | St. Clair County, IL |
| 8 | Assistant Public Defender (See section VIII., comment A) | St. Clair County, IL |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Reagan, Michael J. | 05/15/2000 |

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
| --- | --- | --- |
| 4 | Trustee | For Bradley Edgar Reagan under the Illinois Uniform Gift to Minors Act |
| 5 | Trustee | For Justin Michael Reagan under the Illinois Uniform Gift to Minors Act. |
| 6 | Trustee | For Jonathan Patrick Reagan under the Illinois Uniform Gift to Minors Act. |
| 7 | Honorary Deputy Sheriff (See Section VIII., comment A) | St. Clair County, IL |
| 8 | Assistant Public Defender (See section VIII., comment A) | St. Clair County, IL |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Michael J. Reagan_ Date _5/15/2000_

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks--Schedule A | $ 6,462.43 | Notes payable to banks--secured | None |
| U.S. Government securities | | Notes payable to banks--unsecured | None |
| List securities--Schedule B | $ 826,218.00 | Notes payable to relatives | None |
| Unlisted securities--add schedule | | Notes payable to others | None |
| Accounts and notes receivable: | | Accounts and bills due | None |
|    Due from relatives and friends | | Unpaid income tax | None |
|    Due from clients (As of 5/12/00) | $ 36,290.00 | Other unpaid tax and interest | None |
|    Doubtful | | Real estate mortgages payable--Schedule F | $ 122,594.00 |
| Real estate owned--Schedule C | $ 795,000.00 | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | | Other debts--itemize: | |
| Autos and other personal property-- Schedule D | $ 459,810.00 | | |
| Cash value--life insurance--Schedule E | $ 35,803.00 | | |
| Other assets--itemize: | | | |
| Attorney Fees -work in process in contingent fee cases. Amount is undetermined. A negotiated percentage of recovery will be agreed upon with counsel to whom the cases are referred. | | | |
| Case costs due from clients (as of 5/12/00) | $ 11,062.00 | | |
| Tax refund carryover from after 1st Qtr. Est. Taxes | $ 16,485.00 | Total liabilities | $ 122,594.00 |
| | | Net Worth | $ 2,064,536.43 |
| Total Assets | $ 2,187,130.43 | Total liabilities and net worth | $ 2,187,130.43 |

| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
|---|---|---|---|
| As endorser, comaker or guarantor | None | Are any assets pledged? | No. |
| On leases or contracts (Auto Lease-30 months left) | $1283.03 per month | Are you defendant in any suits or legal actions? | No. |
| Legal Claims | None | Have you ever taken bankruptcy? | No. |
| Provision for Federal Income Tax | None | | |
| Other special debt | None | | |

| Schedule A- Cash on hand and in banks | | |
|---|---|---|
| Union Bank-Office Account | $ | 6,261.55 |
| Union Bank-Home Account | | $200.88 |
| Cash on hand | | |
| Total | $ | 6,462.43 |
| Data Current as of 5/12/00 | | |

| Schedule B--Securities | | |
|---|---|---|
| A.G. Edwards--Joint Account | $ | 179,035.00 |
| A.G. Edwards--SEP/IRA Account | $ | 79,854.00 |
| A.G. Edwards--MJR IRA | $ | 382,131.00 |
| Janus Fund--ECR IRA | $ | 61,680.00 |
| A.G. Edwards--JMR Account (Custodial) | $ | 28,696.00 |
| A.G. Edwards--MJR Account (Custodial) | $ | 31,694.00 |
| A.G. Edwards--BER Account (Custodial) | $ | 31,564.00 |
| A.G. Edwards--JPR Account (Custodial) | $ | 31,564.00 |
| Total | $ | 826,218.00 |

Data current as of 5/12/00

| Schedule C--Real Estate Owned | | |
|---|---|---|
| Residence, Belleville, IL | $ | 485,000.00 |
| Office, Belleville, IL | $ | 185,000.00 |
| Ozarks vacation home, Camdenton, Mo | $ | 125,000.00 |
| Total | $ | 795,000.00 |

Estimated, non-appraised values.

| Schedule D--Autos and other personal property | | |
|---|---|---|
| Ford F150 truck | $ | 10,315.00 |
| Ford Mustang | $ | 14,595.00 |
| Volvo wagon | $ | 21,750.00 |
| Toyota Land Cruiser | $ | 51,650.00 |
| Lowe Pontoon Boat | $ | 3,500.00 |
| Cobalt 272 | $ | 32,000.00 |
| Kawasaki 750 SS | $ | 2,000.00 |
| Kawasaki 1100 STX | $ | 4,000.00 |
| Furnishings-residence, Belleville, IL. | $ | 200,000.00 |
| Furnishings-office, Belleville, IL. | $ | 100,000.00 |
| Furnishings- vacation home, Camdenton, Mo. | $ | 20,000.00 |
| Furnishings data non-appraised, estimated values | | |
| Total | $ | 459,810.00 |
| Auto data from Kelly Blue Book-retail-4-25-00 | | |
| Boat data estimated except Cobalt-NADA value | | |

| Schedule E--Life insurance cash value | | |
|---|---|---|
| Northwestern Mutual | $ | 22,893.00 |
| New York Life | $ | 12,910.00 |
| Total | $ | 35,803.00 |

Data current as of 9/27/99.